**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Brian Jacob Terrell, Appellant.

Appellate Case No. 2015-001020

---

Appeal From Lexington County
Thomas A. Russo, Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-216
Submitted April 1, 2017 – Filed May 24, 2017

---

**APPEAL DISMISSED**

---

Chief Appellate Defender Robert Michael Dudek, of
Columbia, and Brian Jacob Terrell, pro se, for Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole and Pardon Services, of Columbia,
for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.